1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9

10  | KELLY SHORTER,                                    ) Case No.: 2:20-cv-05040-DFM
11  |                    Plaintiff,                    )  ORDER AWARDING EQUAL
    |                                                  ) ACCESS TO JUSTICE ACT
12  |          vs.                                     ) ATTORNEY FEES AND EXPENSES
    |                                                  ) PURSUANT TO 28 U.S.C. § 2412(d)
13  | KILOLO KIJAKAZI,                                 ) AND COSTS PURSUANT TO 28
    | Acting Commissioner of Social                    ) U.S.C. § 1920
14  | Security,                                        )
    |                                                  )
15  |                    Defendant                     )

16

17      Based upon the parties' Stipulation for the Award and Payment of Equal

18  Access to Justice Act Fees, Costs, and Expenses:

19      IT IS ORDERED that fees and expenses in the amount of $3,150.00 as

20  authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

21  awarded subject to the terms of the Stipulation.

22  DATE: November 15, 2021

23

24  THE HONORABLE DOUGLAS F. MCCORMICK
    UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1  Respectfully submitted,

2  LAW OFFICES OF LAWRENCE D. ROHLFING

3      /s/ *Lawrence D. Rohlfing*

4  _____
   Lawrence D. Rohlfing
   Attorney for plaintiff Kelly Shorter

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26